IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ◊ | |
| | ◊ | |
| Plaintiff, | ◊ | |
| | ◊ | |
| VS. | ◊ | Civ. No. 04-1060-T/An |
| | ◊ | Crim. No. 02-10054-02-T |
| RACHEL EYBETT KING, | ◊ | |
| | ◊ | |
| Defendant. | ◊ | |

### ORDER DENYING MOTION FOR DISPOSITION AND EVIDENTIARY HEARING

Defendant Rachel King filed a motion pursuant to 28 U.S.C. § 2255. The Court subsequently ordered the United States to respond to the motion. The response was filed on October 5, 2004 and defendant filed a rebuttal on October 25, 2004. On September 6, 2005, defendant filed a Motion for Disposition and Evidentiary Hearing, requesting that the Court set a hearing on the merits of her § 2255 motion.

The defendant's motion is DENIED. She will be notified if and when a hearing is scheduled. IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

7 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-07-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01060 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Rachel King
FCI-TALLAHASSEE
18263-076
501 Capital Circle, N.E.
Tallahassee, FL 32301

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT